UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60747-CIV-COHN/VALLE

MARCELO RODRIGUEZ, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

ADVANTAGE OPCO, LLC d/b/a
ADVANTAGE RENT A CAR and
EUROPCAR INTERNATIONAL SASU
d/b/a EUROPCAR,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal [DE 94] ("Stipulation").  The Court has reviewed the Stipulation and the record in this case, and is otherwise fully advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement; and

2

2. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of March, 2025.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF